FILED

NOT FOR PUBLICATION

OCT 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30239 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-00279-ALH |
| v. | |
| RANDALL ALLEN BROWN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Ancer L. Haggerty, District Judge, Presiding

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Randall Allen Brown appeals from the 46-month sentence imposed

following his guilty-plea conviction for two counts of bank robbery, in violation of

18 U.S.C. § 2113(a).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Brown contends that the district court procedurally erred at sentencing by presuming that the Guidelines range was reasonable and by failing to explain why it was rejecting his arguments for a lower sentence. Brown further contends that the sentence imposed is substantively unreasonable. The record reflects that the district court made an individualized determination based on the facts, adequately explained the sentence, and did not otherwise procedurally err. *See United States v. Carty*, 520 F.3d 984, 991-93, 995 (9th Cir. 2008) (en banc). Additionally, in light of the totality of the circumstances, the sentence at the bottom of the Guidelines range is substantively reasonable. *See id*. at 993-94.

**AFFIRMED.**